UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WERONIKA E.K. JANCZUK,<br><br>                          Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA; THE MARSHALS OF THE USA; THE FEDERAL BUREAU OF INVESTIGATION,<br><br>                          Defendants. | 24-cv-3661 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 25, 2024, order, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). Any challenge to Plaintiff's judgment of conviction in *United States v. Janczuk*, No. 24-CR-0010 (LGS) (S.D.N.Y. Jan. 29, 2024), or any objection to the ongoing proceedings in that matter about post-release supervision, is dismissed without prejudice.

Plaintiff is warned that continued submission of actions determined to be frivolous or without merit may result in an order directing her to show cause why she should not be barred from filing new civil actions *in forma pauperis* in this court. See 28 U.S.C. § 1651.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 29, 2024
         New York, New York

                                                                /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                          Chief United States District Judge